District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN TAGEANT,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL ASHBY,<br><br>               Defendant. | Case No. 19-cv-1082-JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO HOLD INITIAL DISCOVERY DEADLINES IN ABEYANCE<br><br>**Noted on Motion Calendar:**<br>**08/29/2019** |

## JOINT STIPULATION

Plaintiff CARMEN TAGEANT, filed the above-captioned lawsuit in Whatcom County Superior Court claiming assault, battery, and infliction of emotional distress against Defendant MICHAEL ASHBY. Compl., Dkt. 1. The UNITED STATES removed the case to this Court pursuant to 28 U.S.C. § 2679(d)(3) after Defendant Ashby filed a motion in the state court seeking certification that he was acting as a federal employee acting in the scope of his employment at the time of the underlying incident for the purposes of the Federal Tort Claims Act. Removal Not., Dkt. 1.

Defendant Ashby filed the motion for certification of employment in this Court on July 17, 2019. Dkt. 6. The Court scheduled a hearing on the motion for September 5, 2019. Depending on the outcome of the motion, the United States or Defendant Ashby will be the

STIPULATION AND PROPOSED ORDER TO
HOLD INITIAL DISCOVERY DEADLINES IN
ABEYANCE    Case No. 19-cv-887-RSL
PAGE- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

named defendant to this action. On August 16, 2019, the Court issued an order with deadlines regarding initial disclosures, joint status report, and early settlement. Order, Dkt. 17. Because the motion for certification of employment is still pending, and for good cause, the parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and respectfully request that the Court hold the initial discovery deadlines in abeyance until Defendant's motion for certification of employment is decided by the Court.

Dated this 29th day of August, 2019.

Respectfully,

BRIAN T. MORAN
United States Attorney

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98406
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for United States*

FLOYD, PFLUEGER & RINGER, P.S.

/s/ Thomas B. Nedderman
Thomas B. Nedderman, WSBA No. 28955
FLOYD, PFLUEGER & RINGER P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Phone: (206) 441-4455
Email: Tnedderman@floyd-ringer.com
*Attorney for Defendant Ashby*

STIPULATION AND PROPOSED ORDER TO
HOLD INITIAL DISCOVERY DEADLINES IN
ABEYANCE      Case No. 19-cv-887-RSL
PAGE- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

GALANDA BROADMAN, PLLC

/s/ *Gabriel S. Galanda*
Gabriel S. Galanda, WSBA #30331

/s/ *Bree R. Black Horse*
Bree R. Black Horse, WSBA #47803
P.O. Box 15146
Seattle, WA 98115
(206) 557-7509
Email: gabe@galandabroadman.com
Email: bree@galandabroadman.com

*Attorneys for Plaintiff*

## [PROPOSED] ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to send copies of the Order to all counsel of record.

DATED this 29th day of August, 2019.

_____
JAMES L. ROBART
United States District Judge

STIPULATION AND PROPOSED ORDER TO
HOLD INITIAL DISCOVERY DEADLINES IN
ABEYANCE   Case No. 19-cv-887-RSL
PAGE- 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970